## 21340.   HICKS v. HICKS.

GRICE, Justice.   The motion here seeking to set aside and vacate the verdict and judgment required a test of the sufficiency of the evidence.   No motion for new trial or its equivalent, supported by a brief of the evidence, was made.   Therefore, the bill of exceptions is, upon motion, dismissed.   *Fairburn v. Fulton County,* 216 Ga. 729 (119 SE2d 566).

*Writ of error dismissed.   All the Justices concur.*

SUBMITTED SEPTEMBER 11, 1961—DECIDED OCTOBER 5, 1961.

*Eugene B. Brown,* for plaintiff in error.
*Otis L. Davis,* contra.

## 21344.   CRANE v. BALKCOM, Warden.

ALMAND, Justice.   It appearing from the record that there was no service of the bill of exceptions upon the defendant in error or his attorney, either personal or by acknowledgment, this court is without jurisdiction.   *Warnock v. Woodard,* 183 Ga. 367 (188 SE 336).

*Writ of error dismissed.   All the Justices concur.*

SUBMITTED SEPTEMBER 11, 1961—DECIDED OCTOBER 5, 1961.

Paul Crane, *pro se.*
*Eugene Cook, Attorney-General, Earl L. Hickman, Assistant Attorney-General,* contra.